# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMAX INC.,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COACHILLIN ENERGY CO., LLC,<br>　　　　Defendant. | EDCV 20-1984 DSF (KKx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

　　Plaintiff filed a complaint in this Court on the basis of diversity jurisdiction. However, the citizenship of one or more LLC parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Plaintiff is ordered to file an amended complaint no later than October 21, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

　　IT IS SO ORDERED.


Date: October 7, 2020　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge